<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA URRUTIA-CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Civil No. 11-3885 (ES)<br><br>**OPINION AND ORDER** |

<u>**SALAS, Judge**</u>

  Plaintiff Maria Urrutia-Cruz ("Urrutia-Cruz") filed a complaint on July 6, 2011, that opened the above captioned case in this Court. (Doc. No. 1.) It appears that:

  1. The Clerk of the Court will not file the complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* Local Civil R. 5.1(f).

  2. The filing fee for commencing a civil action in this court is $350.00. *See* 28 U.S.C. § 1914(a).

  3. Urrutia-Cruz did not prepay $350.00; rather, she submitted an application to proceed in this matter *in forma pauperis* (IFP application), pursuant to 28 U.S.C. § 1915. (IFP Application; Doc. No. 1-1.)

  4. Having considered Urrutia-Cruz's IFP application, the Court concludes that Urrutia-Cruz has adequately established that her financial condition renders payment of the $350.00 filing fee a hardship.

Therefore, for the foregoing reasons;

IT IS THIS 12th day of July, 2011, hereby

ORDERED that Urrutia-Cruz's IFP application is GRANTED;

ORDERED that the Clerk of the Court FILE Urrutia-Cruz's complaint.

/s/ Esther Salas
ESTHER SALAS, U.S.D.J.
